## A. PARTIES

1. Billy James Garrison
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   2405 Midpoint Drive, Ft. Collins, Co 80525

2. Justin Smith, Sheriff, 2405 Midpoint Dr
   (Name, title, and address of first defendant)
   Ft. Collins, Collins, Co. 80525
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Overseer of Larimer County and all of its County law enforcement officers and subordinates

3. Palmer; Captian, 2405 midpoint Dr
   (Name, title, and address of second defendant)
   Ft. Collins, Co 80525
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Overseer of Larimer County Detention Center and its official staffing and daily operations

   Peranteaux 94008
4. ~~[scribbled]~~ Sgt. 2405 Midpoint Drive
   (Name, title, and address of third defendant)
   Ft. Collins, Co. 80525
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No (CHECK ONE). Briefly explain your answer:
   Overseer of Larimer County Detention Center its subordinates and inmates housed therein

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

## A. Parties

T. Rashid, Sgt. 2405 Midpoint Drive
Ft. Collins, Co. 80525
Overseer of Larimer County Detention Center,
subordinates and inmate therein

M. Vankooten, Deputy. 2405 Midpoint Drive
Ft. Collins, Co. 80525
Subordinate Officer at Larimer County
Detention Center, Overseer of the inmates therein

Graham #15040, Deputy, 2405 Midpoint Drive
Subordinate Officer at Larimer County Detention Center, Overseer of the inmates therein

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    ✓ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    ___ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

    _____

    _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

ON 10-20-17, I was written up for a supposed rule violation; Communicating with people outside of facility; Synopsis; Inmate was found to be using other inmates pins ON 10-24-2017, I was given a hearing for a theft; Synopsis; Inmate was found to be using other inmates pins; I recieved a 5 day lockdown for said violation, I filed a grievance on the fact that I Never recieved a theft violation copy of a theft see Attached forms ON 10-16-17, I filed a grievance on Deputy Graham #15040 for using racial slurs against me

(Rev. 1/30/07)                     3

## C Nature of the case

a black inmate hear At the larimer County jail, through the grievance procedure all I've been told is I have no proof. See Attached

On 11-❚-17, I did a grievance on deputy Granum #15040, stating = in fear of my safety here in this jail because of the brotherhood that is fluent throughout this jail and still received response of no proof.

On 12-10-17, I was taken out of my cell and placed on adseg status supposedly while I was housed in my normal unit of SA pending sanction and I have definant proof that this did not happen. Inmate Boogie the supposed other party and no other witnesses within the unit, but I'm still paying for something I didn't do.

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: ①Due Process, Cruel and unusual punishment

   Supporting Facts: ON 10-16-17, I was called down to speak to prednial at around 10:00 p.m. once I got to the conference Room I was told that I had Received 2 new charges filed that are DFJ chang I ask the officer if I could speak with a Corporal or a Sgt? He asked why, I said I've just received 2 new charges. I was told "No" Repeatedly as I was going to my cell, I asked for a grievance? I was told "you when you get your Black ass in your cell. I never Received my grievances

(Rev. 1/30/07)                                    4

2. Claim Two: <u>Due Process Cruel and Unusual Punishment</u>
Supporting Facts: ON 10-20-17 I was written up for Communicating with people outside of facility Sypnosis; Inmate was found to be using other peoples pens sanctions; 5 day lockdown

ON 10-29-17 I had my hearing I thought for said Communicating outside of facility When I received the hearing report, I had a hearing for theft, under the same Sypnosis, and without my knowing that incident Report had changed, with same 5 day lock down

(Rev. 1/30/07)                     5

See Attached

3. Claim Three: <u>Due Process, Cruel Unusual Punishment</u>
   Supporting Facts: ON 12-10-17, I was taken out of My Cell and placed on ad-seg status supposedly while I was housed in my Normal unit South Adam. ON 10-9-17, I was involved in a physical altercation with another Inmate Booger who is Partial handicapped, Neighter of us knew what we were accused of there where no bruises or abrasions to support there allegat[ions] where are just placed in ad-seg

Note: I hope that I have done the Petition correctly, for I have No legal background Nor legal help AN the Larimer County jail

(Rev. 1/30/07)                    6

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: Paul K Delo Ex et al

2. Docket number and court name: 8th circuit

3. Claims raised in prior lawsuit: Due Process Cruel Unusual Punishment

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): Settlement

5. If the prior lawsuit was dismissed, when was it dismissed and why? N/A

6. Result(s) of any appeal in the prior lawsuit: N/A

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ✓ Yes ___ No (CHECK ONE).

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1,000,000 in punitive damages
1,000,000 in actual damages
Movement of said petitioner out of County where he cannot be retaliated against by the Larimer County Detention Center

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 12-21-17
(Date)

Billy G. Garrison
(Prisoner's Original Signature)

(Rev. 1/30/07)                            8

## CERTIFICATE OF PRISON OFFICIAL

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past six months for the prisoner named below.

Prisoner's Name: BILLY GARRISON /s/ Billy G.

Signature of Authorized Prison Official: /s/ Magaret Hazelhst

Date: 12·13·17

```
MARGARET HAZELHURST
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014022913
MY COMMISSION EXPIRES 2-1-2018
```